## GILLY v. SPRINGER, in Error.

IN an action on a note, payable at the Commercial Bank of Louisville, the breach laid was, that the defendant, although often requested, had not paid, &c.: *Held*, on general demurrer, that the breach was too general (1).

(1) Vide *Palmer* v. *Hughes*, *November* term, 1824, post.